**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1678**

———————————

GRAHAM H. ARCHER,

Plaintiff - Appellant,

versus

W.D. WILLIAMS, Doctor; D.M. PORRECA; MARSHALL
UNIVERSITY, Research and Economic Development
Center,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CA-94-534-3)

———————————

Submitted: February 13, 1997      Decided: February 25, 1997

———————————

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Graham H. Archer, Appellant Pro Se. Cheryl Lynne Connelly, CAMPBELL, WOODS, BAGLEY, EMERSON, MCNEER & HERNDON, Huntington, West Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Graham Archer appeals the district court's order dismissing his employment discrimination complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Archer v. Williams, No. CA-94-534-3 (S.D.W. Va. Mar. 26, 1996). Archer filed several motions for appointment of counsel, for correction of clerical errors in the district court's opinion, to compel, for discovery, and for transcripts at government expense. We deny these motions. Appellees filed a motion to strike various documents, filed by Archer with his informal brief, pursuant to Fed. R. App. P. 10. We grant the Appellees' motion.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED